IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 2:07-mj-00524 |
| | ) |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER DIRECTING A PROVIDER OF ELECTRONIC COMMUNICATION SERVICE TO DISCLOSE RECORDS TO THE GOVERNMENT | ) ) ) ) ) ) ) |

## ORDER OF COURT

AND NOW, this 16th day of July, 2008, upon consideration of the MOTION TO UNSEAL (Document No. 18) filed by Amici Electronic Frontier Foundation, Professor Susan Freiwald and Federal Public Defender Lisa B. Freeland, the GOVERNMENT'S RESPONSE TO AMICI MOTION TO UNSEAL (Document No. 22), and the Government's proposed redacted application, and it appearing to the Court that there is not an ambiguity between the Magistrate Judge's Opinion and the information sought by the Government insofar as said application seeks disclosure of "historical cellular tower data," not prospective monitoring cell site information, nevertheless,

NOW THEREFORE, it is **ORDERED, ADJUDGED and DECREED** that Amici's Motion to Unseal is **GRANTED IN PART** in that the Court provides herewith its redacted copy of the Government's Application and Affidavit for limited disclosure For Attorney Eyes Only to counsel for Amici.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:	Soo C. Song,
	Assistant U.S. Attorney
	Email: soo.song@usdoj.gov

	Luke E. Dembosky,
	Assistant U.S. Attorney
	Email: luke.dembosky@usdoj.gov

	Jennifer Granick, Esq.
	Electronic Frontier Foundation
	Email: jennifer@eff.org

	Professor Susan Freiwald
	Univ. of San Francisco School of Law
	Email: freiwald@usfca.edu

	Lisa Freeland, Esq.
	Federal Public Defender, Western District of Pennsylvania
	Email: lisa_freeland@fd.org

	Lisa Pupo Lenihan,
	U.S. Magistrate Judge